UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD N. WOLFE, JR.

    Plaintiff,

Vs.

Civil Action No. 00-71195
HON. PATRICK J. DUGGAN

ALLAN PERRY, IVAN DEERING,
ROBERT SWACKHAMER, WILLIAM HARP,
HAROLD VAN PATTEN, and DANIEL W. ROSE,
Jointly and Severally,

    Defendants.
_____/

| | |
|---|---|
| MARVIN L. BERRIS (P10751)<br>Attorney for Plaintiff<br>19785 W. Twelve Mile Rd. #207<br>Southfield, MI 48076<br>(248) 506-5041 | VICTORIA EVA ABDELLA (P10012)<br>Attorney for Plaintiff<br>26111 W. 14 Mile Road, Ste. 201<br>Franklin, MI 48025<br>(248) 855-5474 |
| JOHNSON, ROSATI, LaBARGE,<br>ASELTYNE & FIELD, P.C.<br>By:  S. RANDALL FIELD  (P31841)<br>Attorneys for Defendants<br>34405 W. 12 Mile Road,  Suite 200<br>Farmington Hills, Michigan  48331-5627<br>(248) 489-4100 | Mark E. Donnelly (P39281)<br>Attorney for Def. Swackhamer<br>Michigan Dept. of Attorney General<br>Tort Defense Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 373-6096 |

_____/

**STIPULATED ORDER REGARDING ATTORNEY FEES**

At a session of said Court held in the
Courthouse, City of Detroit, Wayne
County, Michigan

on December 8, 2005.

Present: Honorable: Patrick J. Duggan
U.S. District Court Judge

    The Court having awarded attorney fees in the amount of $10,000.00 against the Plaintiff and in favor of Defendants Perry, Deering and Rose, and the Plaintiff having appealed that decision to the Court of Appeals and the Court of Appeals having returned the case for review as to the attorney fees awarded to Defendant Perry and the apportionment of the attorney fees, and the Defendant Perry having withdrawn his claim for attorney fees;

    **IT IS HEREBY ORDERED** that the total amount of attorney fees awarded shall be

reduced to $6,667.67; and

**IT IS FURTHER ORDERED** that said amount shall be divided equally between the Defendants Deering and Rose.

                                        s/PATRICK J. DUGGAN
                                        U.S. DISTRICT COURT JUDGE

Dated: December 8, 2005

s/ with consent of Marvin L. Berris
30400 Telegraph Rd., Ste. 100
Bingham Farms, MI 48025
(248) 203-0100
mlberris@comcast.net
(P10751)

s/ S. Randall Field
34405 W. 12 Mile Road, Suite 200
Farmington Hills, Michigan 48331-5627
(248) 489-4100
rfield@jrlaf.com
(P31841)